IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. 3:08-0007-1 |
| versus | § § § § | |
| MICHAEL JOSEPH REAGAN | § | |

## JUDGMENT OF ACQUITTAL

The Defendant, **Michael Joseph Reagan**, was tried by a jury from February 23, 2009 through February 24, 2009 on Count One, Possession of a Firearm by a Convicted Felon, of the Indictment filed in this cause. At the close of the Government's case, the Defendant moved for judgment of acquittal, and the motion was granted.

The Court, having granted the motion for judgment of acquittal, hereby **ORDERS** that the Defendant **Michael Joseph Reagan** is **ADJUDGED NOT GUILTY** and is **ACQUITTED** of the charge alleged in Count One of the Indictment.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 26th day of June, 2012, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE